THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GERARD J. BRINKMAN, Appellant.

Argued November 17, 1955; decided January 13, 1956.

*Henry W. Schober* for appellant.

*T. Vincent Quinn, District Attorney (Benj. J. Jacobson, J. Wolfe Chassen* and *Frank J. Crisona* of counsel), for respondent.

*Per Curiam.* At least twelve of the Grand Jurors, who voted to indict, heard all essential and critical evidence including the testimony of the defendant. Based on such evidence the Grand Jury was privileged to return an indictment, since it was sufficient if unexplained or uncontradicted to warrant a conviction by a trial jury (Code Crim. Pro., § 258). The only testimony not heard by at least twelve of the jurors was of an incriminating

nature but was not necessary to the finding of the indictment as it was merely repetitious.

The order should be affirmed.

CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ., concur; DYE, J., taking no part.

Order affirmed.